# EXHIBIT 2



**GOLAN | CHRISTIE | TAGLIA**

Beverly A. Berneman
baberneman@gct.law
Writer's Direct Dial (312) 696-1221

GOLAN CHRISTIE TAGLIA LLP
70 WEST MADISON STREET
SUITE 1500
CHICAGO, ILLINOIS 60602-4206
PHONE (312) 263-2300
FAX (312) 263-0939
GCT.LAW

July 24, 2017

**Delivered by E-Mail Only**

Kaustubh Nadkarni
LOIGICA, P.A.
78 SW 7th Street, Suite 6142
Miami, Florida 33130
E-mail:150m1000@aol.com

**Re: Response to Cease and Desist Letter to Greencare Fertilizers, Inc.**

Dear Mr. Nadkarni:

This office has been retained by Greencare Fertilizers, Inc., an Illinois corporation ("Greencare), to respond to your letter dated July 19, 2017.

Greencare has seriously considered your allegations of wrongdoing and does not believe that QAL has a basis to proceed against it.

By way of background and because there appears to be some confusion in your letter, Greencare is not affiliated with a company operating in China that uses the name Greencare (the "Chinese company). While, the two entities share a common officer, Larry Metcoff, they do not have mutual equity ownership (nor could they); they utilize separate financial accounts; and they reach different markets. Under the rules of corporate organization, the two entities cannot be considered *alter egos* of each other. Thus, Greencare is not liable to QAL for any actions taken by the Chinese company.

As we both are aware, the basis of trademark infringement and unfair competition is a likelihood of confusion. Likelihood of confusion depends wholly on whether relevant consumers in the United States would mistakenly assume that Greencare's services originated with or were sponsored by QAL. Your exhibits appear to refer to activities within China by the Chinese company and do not relate to a likelihood of confusion in the United States.

Furthermore, the examples attached to your letter do not appear to trademark use. In one case, it appears that the name, QAL, was used in a presentation. There is no connection with QAL's products or services and Greencare's. The second example is an article about an interview with Zheng Xun in China and about using a QAL for promoting agriculture research in China. The article could not be considered trademark use in form or content.

For these reasons, Greencare does not believe that it has committed the acts complained of in your letter.



Kaustubh Nadkarni
July 24, 2017
Page 2

Of course, if you have any evidence of a likelihood of confusion or actual confusion created by Greencare in the United States please provide it as soon as possible so that we may review and analyze your evidence. Otherwise, we will consider this matter concluded.

This letter is sent without prejudice to Greencare's rights, defenses and claims, all of which are expressly reserved. THIS LETTER IS BEING SENT FOR SETTLEMENT PURPOSES ONLY AND IS NOT ADMISSIBLE AS EVIDENCE PURSUANT TO RULE 408 OF THE FEDERAL RULES OF EVIDENCE NOR SHOULD IT BE CONSTRUED AS AN ADMISSION OF LIABILITY.

Very truly yours,
**GOLAN CHRISTIE TAGLIA LLP**

Beverly A. Berneman

BAB/lr
cc: Barry P. Siegel
     Aaron Perminas

{00138691.DOC /}